# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Chad Hopkins | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:17-CV-378 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment in favor of Plaintiff and against Defendant; Remanded to the Commissioner under the Fourth
Sentence of 42 U.S.C. § 405(g)for further proceedings; case terminated on the docket.

              .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Michael J. Newman _____ on a motion for

Date:   4/8/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*